**Order entered July 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00076-CR

**ARTURO HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-54818-S**

## ORDER

In this case, appellant raises an issue related to the costs assessed against him. The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case. Additionally, we note that none of the boxes on the trial court's certification of appellant's right to appeal is checked.

Accordingly, we **ORDER** the trial court to prepare an amended certification that accurately reflects the trial court proceedings and to deliver it to the Dallas County District Clerk for inclusion in a supplemental clerk's record within **FIFTEEN DAYS** of the date of this order.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TWENTY-ONE DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs,

fees, and court appointed attorney fees.  *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.*  We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We further **ORDER** that the supplemental clerk's record contain the amended certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/      LANA MYERS
         JUSTICE